**STATE of Missouri, Respondent,**

**v.**

**George SAUNDERS, Appellant.**

**George SAUNDERS, Appellant,**

**v.**

**STATE of Missouri, Respondent.**

**Nos. WD 48103, WD 50591.**

Missouri Court of Appeals,
Western District.

March 26, 1996.

James C. Cox, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Deborah Neff, Assistant Attorney General, Jefferson City, for respondent.

Before BRECKENRIDGE, P.J., and ULRICH and LAURA DENVIR STITH, JJ.

### *ORDER*

PER CURIAM:

Consolidated appeal from convictions of two counts of selling a controlled substance, § 195.211, RSMO 1994, and from the denial of a Rule 29.15 motion for post-conviction relief.

Affirmed. Rules 30.25(b) and 84.16(b).